JOSEPHINE FRICK, respondent,

*v.*

NORTHERN TRUST COMPANY et al., appellant.

[Decided May 20th, 1929.]

*Mr. C. Richard Allen,* for the appellants.

*Mr. Joseph Beck Tyler,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming, and reported *sub nom. Frick* v. *Foley, 102 N. J. Eq. 480.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.